IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Diego Ortiz Cruz, ) <br> ) <br>     Petitioner, ) <br> ) <br> vs. ) <br> ) <br> Pamela Bondi, Attorney General; ) <br> Kristi Noem, Secretary, U.S. Department ) <br> of Homeland Security; Todd M. Lyons, ) <br> Acting Director of Immigration and ) <br> Customs Enforcement; Joseph Joyce, ) <br> Warden of Burleigh Morton County ) <br> Detention Center, Bismarck, North Dakota; ) <br> ) <br>     Respondents. ) | **ORDER FOR RESPONSE** <br><br> Case No. 1:26-cv-031 |

On February 4, 2026, Diego Ortiz Cruz filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. See Doc. No. 1. Pursuant to 28 U.S.C. § 2243, the Court **ORDERS** the Respondents to file a response within three (3) days from the date of this Order. The Petitioner may file a reply brief within three (3) days after the Respondents file their response. A hearing may be scheduled at a later date if necessary. The Clerk's Office is directed to effect service of the habeas petition (Doc. No. 1) and this Order on the Respondents.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2026.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court