IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Diego Ortiz Cruz,<br><br>    Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General;<br>Kristi Noem, Secretary, U.S. Department<br>of Homeland Security; Todd M. Lyons,<br>Acting Director of Immigration and<br>Customs Enforcement; Joseph Joyce,<br>Warden of Burleigh Morton County<br>Detention Center, Bismarck, North Dakota;<br><br>    Respondents. | **ORDER OF DISMISSAL**<br><br>Case No.: 1:26-cv-031 |

Before the Court is the Petitioner's "Notice of Voluntary Dismissal" filed on February 9, 2026. See Doc. No. 4. The Petitioner provides notice of voluntary dismissal of the habeas petition (Doc. No. 1) in the above-captioned action. The Court **ADOPTS** the Petitioner's notice (Doc. No. 4) and **ORDERS** the Petitioner's habeas petition be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Petitioner's Motion to Expedite (Doc. No. 1) is **DENIED AS MOOT**.

  **IT IS SO ORDERED.**

Dated this 10th day of February, 2026.

                */s/ Daniel L. Hovland*
                Daniel L. Hovland, District Judge
                United States District Court